CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 1 0 2005

JOHN F. CORCORAN, CLERK
BY:
    /s/ Deputy Clerk

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
REC'D

NOV 2 6 2004

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) INFORMATION |
| V. | ) |
| | ) Criminal No. 7:04cr140 (W) |
| ROBERT CREWS | ) |
| | ) All in violation of: |
| | ) 29 USC § 501(c) |

### COUNT ONE

The United States Attorney charges:

1. That beginning on a date not known to United States Attorney, but not later than September, 2001 and continuing to in or around April, 2002, in the Western Judicial District of Virginia, ROBERT CREWS, the defendant, while an officer of a labor organization engaged in an industry affecting interstate commerce, namely, Brotherhood of Locomotive Engineers, Division (Local) 301, Roanoke, Virginia, did embezzle, steal and unlawfully and willfully abstract or convert to his own use, or the use of another, monies, namely, Fourteen Thousand Nine Hundred Twenty Three ($14,923.41) Dollars and forty one cents.

2. In violation of Title 29, United States Code, Section 501(c).

Date: 22 Nov 2004

John L. Brownlee
JOHN L. BROWNLEE
United States Attorney